AO 93 (Rev. 12/09) Search and Seizure Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

20 MAY 11  AM 9:17

CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 20MR642
)
The person of Ethan Ryan Xavier Oller; )
DOB: x/xx/2001, SSN: xxx-xx-0274 )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____New Mexico____
*(identify the person or describe the property to be searched and give its location)*:
The person of Ethan Ryan Xavier Oller, born xx/xx/2001, Social Security Number xxx-xx-0274

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
DNA sample in the form of saliva from the person of Ethan Ryan Xavier Oller.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    6 May 2020
                                                              *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Hon. Gregory B. Wormuth_____ .
                                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                            ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  24 Apr 2020
                        1015 hrs                    _____
                                                            *Judge's signature*

City and state:   Las Cruces, New Mexico            Gregory B. Wormuth, United States Magistrate Judge
                                                            *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>5/4/20 @ 1148 | Copy of warrant and inventory left with:<br>Ethan Oller |
| Inventory made in the presence of: TFO R. Morales   FBI Agent C. Larson | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>2 DNA Swabs from Ethan Oller | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/4/20

_____
Executing officer's signature

FBI TFO Ramon Morales
Printed name and title